UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM et al.,

        Plaintiffs,        Case No. 1:10-cv-1233

v.        Honorable Paul L. Maloney

J. SMITH et al.,

        Defendants.
_____/

**ORDER**

This is a civil rights action brought by two state prisoners pursuant to 42 U.S.C. § 1983. The complaint, which was filed in Kalamazoo on December 13, 2010, appears to be a copy of a complaint filed in Grand Rapids on December 9, 2010. *See Gresham et al. v. Smith et al.*, No. 1:10-cv-1215 (W.D. Mich.). Because Plaintiffs' complaint is duplicative of the earlier filed case, the Court will dismiss the instant action without prejudice.

Dated:   January 7, 2011        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge