UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL GRESHAM et al.,

        Plaintiffs,          Case No. 1:10-cv-1233

v.                        Honorable Paul L. Maloney

J. SMITH et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  January 7, 2011          /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District Judge